United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CORP. AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION, | No. MDL 09-02014 JSW |
| This document applies to: | **ORDER SETTING BRIEFING SCHEDULE** |
| *Independence Tube Corp. v. Bank of America, et al.*, 09-887-JSW | |

On October 6, 2009, Defendants filed a Motion to Vacate Notice of Voluntary Dismissal and to Stay Arbitration, which is noticed for hearing on December 11, 2009. It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be due on October 23, 2009, and Defendants' reply shall be due on October 30, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing. If any party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: October 7, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE